IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BRANDON LEE STEVENS, ADC # 652517 AND**　　　　　　　　　**PLAINTIFFS**
**CHRISTOPHER WALRAVEN, ADC #141110**

v.　　　　　　　　　CASE NO. 3:14CV00132 BSM

**TOWNS et al.**　　　　　　　　　**DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed and no objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

Therefore, plaintiffs' complaint [Doc. No. 1] is dismissed without prejudice.

An appropriate judgment shall accompany this order.

DATED this 25th day of July 2014.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE