### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**BRANDON LEE STEVENS, ADC # 652517 AND**                                        **PLAINTIFFS**
**CHRISTOPHER WALRAVEN, ADC #141110**

**v.**                                        **CASE NO. 3:14CV00132 BSM**

**TOWNS et al.**                                        **DEFENDANTS**

### JUDGMENT

Consistent with the order that was entered this day, this case is dismissed without

prejudice.

IT IS SO ORDERED this 25th day of July 2014.


_____
UNITED STATES DISTRICT JUDGE